# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JESSICA MORALES,<br><br>                Defendant. | Case No.: **20-CR-03055-JLS**<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING**<br><br>Judge: Hon. Janis L. Sammartino |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting in this case shall be continued from November 6, 2020 to November 20, 2020 at 1:30 p.m. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: November 5, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge