# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  vs.<br><br>JESSICA MORALES,<br><br><br>                  Defendant. | Case No.: **20-CR-03055-JLS**<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING**<br><br>Judge: Hon. Janis L. Sammartino |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting in this case shall be continued from November 20 2020 to December 18, 2020 at 1:30 p.m. Defendant shall file an acknowledgment of the new hearing date by December 4, 2020. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

    IT IS SO ORDERED.

Dated: November 18, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge